IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ELIZABETH SIBLEY ENGLISH**                                              **PLAINTIFF**

v.                                                          CIVIL ACTION NO.  **1:14-cv-311-JCG**

**CAROLYN W. COLVIN,**
**Commissioner of Social Security**                                      **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order issued this date and incorporated herein,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of Defendant, and this Civil Action is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 4th day of August, 2016.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE